JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL LASRY; *et al.*, <br><br> Defendants. | Case No.: CV15-03053-MWF (PJW) <br> <u>Hon. Michael W. Fitzgerald Presiding</u> <br><br> **JUDGMENT** |

# JUDGMENT

**JUDGMENT IS ENTERED AS FOLLOWS:**

1. Judgment is entered against Dex Clothing, Ltd., and in favor of Plaintiff, in the amount of seven thousand five hundred dollars and no cents ($7,500.00), plus costs, including attorneys' fees, in an amount to be determined; and

2. Dex Clothing, Ltd. shall not sell product bearing the design identified in Plaintiff's operative complaint without prior written permission from Plaintiff.

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated: March 29, 2016    By:_____
UNITED STATES DISTRICT JUDGE
HONORABLE MICHAEL W. FITZGERALD